# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUDOLPH JOSEPH

NO. 2019 KW 1681

MAR 1 3 2020

---

In Re:  Rudolph Joseph, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-10-0329.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**  See La Code Crim. P. art. 930.2.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT